PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
FEB 15 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Francisco J. Delgado                         Case Number:  DR-13-CR-0074 (01)

Name of Sentencing Judicial Officer:   United States District Judge John McBryde

Date of Original Sentence:  September 9, 2005

Original Offense:    Possession With Intent to Distribute More Than 500 Grams of a Mixture and Substance Containing a Detectable Amount of Cocaine.

Original Sentence: 70 months imprisonment and 3 years supervised release.

Type of Supervision:  Supervised release.          Date Supervision Commenced:  March 15, 2010

Assistant U.S. Attorney:       Angie L. Henson       Defense Attorney:     J. Steven Bush

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition 1: The defendant shall not commit another federal, state, or local crime.** |
| | On March 15, 2010, the offender was released to the custody of Immigration and Customs Enforcement Services and was removed to Mexico on March 23, 2010. |
| | On June 21, 2012, the offender was 1 of 3 illegal aliens arrested by Border Patrol for re-entry of a deported alien in Knippa, Texas.  The offender admitted being from Mexico and entered the United States without immigration documents allowing him to enter, be or remain in the United States legally. |
| | The defendant pled guilty before the Court to Illegal Re-entry into the United States on September 27, 2012, and is pending sentencing. |

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

*Thomas K. Durham*
Thomas K. Durham
Supervising U.S. Probation Officer

Respectfully Submitted,

*Rebecca L. Palencia*
Rebecca L. Palencia
U.S. Probation Officer,
Date:   February 8, 2013
Telephone #: 830-703-2093, ext. 22

Approved:

*Christopher Blanton*
Christopher Blanton
Assistant U.S. Attorney

cc:   Victor Calderon
      Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

- ☐ No action.
- ☑ The issuance of a WARRANT.  Bond is set in the amount of $ _____ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- ☐ The issuance of a SUMMONS.
- ☐ Other _____

_____
Honorable Alia Moses
U.S. District Judge

2/15/13
Date